# Exhibit A

Exhibit A

UDC
GRAMA CLASSIFIED
PRIVATE

No F011687

## INMATE PROPERTY INVENTORY

UTAH DEPARTMENT OF CORRECTIONS: ☒ USP ☐ CUCF ☐ OTHER: _____    Page 1 of 1

INMATE NAME: Naves, Randy (Printed)    OFFENDER #: 125823

INMATE HAS GONE TO: Rollup    FROM: _____    ON 10/31/21 (DATE / TIME)

### PRISON ISSUE ITEMS:

___ (3) PANTS  ___ (5) SHIRTS  ___ (1) SHOES  ___ (1) COAT  ___ (2) TOWELS  ___ (6) SOCKS  ___ (2) PIN BAG  ___ (6) UNDERWEAR

INMATE PROPERTY: Code letters are to be placed in the first small gray box (see codes below), list the number of items in the second small white box

| | | TRANSPORTATION PROPERTY/IPP | | | | Shower Shoes/Flip Flops (IPP-1 pr) | | | Washcloth | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Adapter (AC/DC) (IPP-1) | I | | | Soap (# of bars) (IPP-1bar) | | | | |
| | | Address Book (1) (IPP-1) | I | | | Soap Dish (IPP-1) | | | **Female Offender Items** | |
| I | 2 | Books (10) (IPP-2) | | | | Socks (personal) (IPP-2pr) | | | Blush (IPP-1) | |
| I | 1 | Bowl and Lid (2 ea) (IPP-1ea) | I | | | Spork (2) (IPP-1) | | | Eyebrow Pencil (IPP-1) | |
| I | 1 | Clippers finger nail (IPP-1) | I | | | Sweatshirt (IPP-1) | | | Eye Shadow (IPP-1) | |
| I | 1 | Comb/Brush (1 ea) (IPP-1ea) | I | 1 | | Sweat Pants (IPP-1) | | | Foundation (IPP-1) | |
| | | CD Player Or MP3 player (IPP-1) | I | 2 | | T-Shirt (white) (IPP-2pr) | | | Lipstick (IPP-3) | |
| | | CDs (20) (See *2) (IPP-5) | I | 1 | | Toothbrush w/Holder (IPP-1) | | | Mascara (IPP-1) | |
| I | 1 | Clock Radio (1) (see *3) (IPP-1) | | | | Toothpaste (IPP-1) | | | Bra (IPP-2) | |
| I | 1 | Cup and Lid (1 ea) (IPP-1ea) | I | 2 | | Underwear (personal) (IPP-2pr) | | | Sanitary Napkins/Tampons (IPP) | |
| | | Deodorant (1) (IPP-1) | | | | Watch Plastic (1) (IPP-1) | | | List all Books, CDs, Commissary, Magazines, etc. | |
| | | Envelopes embossed (IPP-5) | | | | **NON-TRANSPORTATION PROPERTY** | I | 1 | Mask | |
| I | 1 | Glasses w/glass case (IPP-1) | | | | Belt (1) | | | | |
| I | 1 | Headphones (IPP-1) | | | | Binder (1 no metal) | | | | |
| | | Legal Materials (BOPP Blue Packet) (IPP) | | | | Expandable File Keeper (1) | | | | |
| I | 12" | Legal Materials (Privilege 13" x 18" clear) (IPP) | | | | Hangers (5 plastic) | | | | |
| | | Legal Materials (Public 13" x 18" clear) (IPP) | | | | Hat (1) | | | | |
| | | Lip Salve (i.e. chap stick) (IPP-1) | | | | Headphone adapter/splitter | | | | |
| | | Lotion (IPP-1) | I | | | Headphone extension cord | | | | |
| I | 8 | Mail (or paperwork)(4" inches) (IPP) | | | | Hot Pot (1) | | | | |
| | | Medical Supports (IPP) | | | | Hygiene Bag (Clear Zippered) | | | | |
| I | 4 | Medications (IPP) | | | | Lock | | | | |
| | | Pencil (IPP-2) | | | | Magazines/Newspapers (10) | | | | |
| | | Photographs (25) (IPP-25) | | | | Pen | | | | |
| | | Religious Medallion (1-no metal) (IPP-1) | | | | Pencil Sharpener | | | | |
| | | Ring (1) (IPP-1) | | | | Playing cards | | | | |
| I | 1 | Shampoo (IPP-1) | | | | Razor | | | | |
| | | Shorts (gray) (IPP-1) | | | | Sewing Kit | | | | |
| | | Shoes (White) (IPP-1pr) | | | | Towel (2 personal) | | | | |

(*1 Inmate should travel with 1 pin bag when going to IPP.) (*2 Public legal CD is allowed in Public Legal Bag, and does not count against 20 CDs) (*3 IPP allows only 1 CD Player or 1 Clock Radio or MP3 Player.)

CODE DEFINITIONS: (I) Returned to Inmate  (N) Not found  (P) Returned to Property  (D) Disposition #: _____    (C) Confiscation #: _____

INMATE'S SIGNATURE _____    NUMBER _____    DATE _____

OFFICER'S NAME Fraughton    SIGNATURE _____    DATE 10/31/21

WITNESS OFFICER NAME Ellison    SIGNATURE _____    DATE 10/31/21

Received by Inmate: _____    Staff Signature: _____ / _____    Date _____
*Inmate acknowledges receipt of IPP Property*

Received by Inmate: _____    Staff Signature: _____ / _____    Date _____
*Inmate acknowledges receipt of items returned from Property Unit*

Distribution: White – Property  Yellow – Housing  Pink – Inmate  Revised 2019
UDOCA: Category: Property/Mail  Document: Type: Inventory  Subject: Inventory # - from/To

EH/E32