# Exhibit B

Exhibit B

UDC
GRAMA CLASSIFIED
PRIVATE

No F 16086

# INMATE PROPERTY INVENTORY

UTAH DEPARTMENT OF CORRECTIONS: ☒ USP ☐ CUCF ☐ OTHER: _____  Page 1 of 1

INMATE NAME: __Naves__ (Printed)   OFFENDER #: 125.823

INMATE HAS GONE TO: USCF   FROM: USP   ON 07/15/22 / 0600 (DATE / TIME)

## PRISON ISSUE ITEMS:

___ (3) PANTS ___ (5) SHIRTS ___ (1) SHOES ___ (1) COAT ___ (2) TOWELS ___ (6) SOCKS ___ (2) PIN BAG ___ (6) UNDERWEAR

INMATE PROPERTY: Code letters are to be placed in the first small gray box (see codes below), list the number of items in the second small white box

| | TRANSPORTATION PROPERTY/IPP | | | | Non/other col | | |
|---|---|---|---|---|---|---|---|
| | | | | Shower Shoes/Flip Flops (IPP-1 pr) | | Washcloth | |
| | Adapter (AC/DC) (IPP-1) | | 2 | Soap (# of bars) (IPP-1bar) | | | |
| | Address Book (1) (IPP-1) | | | Soap Dish (IPP-1) | | **Female Offender Items** | |
| | Books (10) (IPP-2) | | 1 | Socks (personal) (IPP-2pr) | | Blush (IPP-1) | |
| 2 | Bowl and Lid (2 ea) (IPP-1ea) | | 2 | Spork (2) (IPP-1) | | Eyebrow Pencil (IPP-1) | |
| | Clippers finger nail (IPP-1) | | 1 | Sweatshirt (IPP-1) | | Eye Shadow (IPP-1) | |
| | Comb/Brush (1 ea) (IPP-1ea) | | 1 | Sweat Pants (IPP-1) | | Foundation (IPP-1) | |
| | CD Player Or MP3 player (IPP-1) | | 2 | T-Shirt (white) 4 Grey (IPP-2pr) | | Lipstick (IPP-3) | |
| | CDs (20) (IPP-5) | | 1 | Toothbrush w/Holder (IPP-1) | | Mascara (IPP-1) | |
| | Clock Radio (1) (IPP-1) | | | Toothpaste (IPP-1) | | Bra (IPP-2) | |
| 2 | Cup and Lid (1 ea) (IPP-1ea) | | 2 | Underwear (personal) (IPP-2pr) | | Sanitary Napkins/Tampons (IPP) | |
| | Deodorant (1) (IPP-1) | | | Watch Plastic (1) (IPP-1) | | List all Books, CDs, Commissary, Magazines, etc. | |
| 9 | Envelopes embossed (IPP-5) | | | **NON-TRANSPORTATION PROPERTY** | | 1 Mirror | |
| 1 | Glasses w/glass case (IPP-1) | | | Belt (1) | | 1 Note Pad | |
| 1 | Headphones (IPP-1) | | | Binder (1 no metal) | | 1 Tweezer | |
| | Legal Materials (BOPP Blue Packet) (IPP) | | | Expandable File Keeper (1) | | Set emory board | |
| | Legal Materials (Privilege 13"x10" clear) (IPP) | | 4 | Hangers (5 plastic) | | 5 eraser tops | |
| | Legal Materials (Public 13"x10" clear) (IPP) | | | Hat (1) | | 1 bag hair ties | |
| | Lip Salve (i.e. chap stick) (IPP-1) | | | Headphone adapter/splitter | | 4 ? s | |
| | Lotion (IPP-1) | | 1 | Headphone extension cord | | 1 ear plugs | |
| | Mail (or paperwork)(4" inches) (IPP) | | | Hot Pot (1) | | | |
| | Medical Supports (IPP) | | | Hygiene Bag (Clear Zippered) | D | 1 used shampoo | |
| | Medications (IPP) | | | Lock | D | 1 hobby craft book | |
| 2 | Pencil (IPP-2) | | | Magazines/Newspapers (10) | D | 1 Wicca book | |
| | Photographs (25) (IPP-25) | | 2 | Pen | | | |
| | Religious Medallion (1 no metal) (IPP-1) | | 1 | Pencil Sharpener | | | |
| | Ring (1) (IPP-1) | | 1 | Playing cards | | | |
| | Shampoo (IPP-1) | | 5 | Razor | | | |
| 1 | Shorts (gray) (IPP-1) | | 1 | Sewing Kit | | | |
| | Shoes (White) (IPP-1pr) | | 2 | Towel (2 personal) | | | |

(*1 Inmate should travel with 1 pin bag when going to IPP.) (*2 Public legal CD is allowed in Public Legal Bag, and does not count against 20 CDs) (*3 IPP allows only 1 CD Player or 1 Clock Radio or MP3 Player.)

CODE DEFINITIONS: (I) Returned to Inmate (N) Not found (P) Returned to Property (D) Disposition #: __306178__ (C) Confiscation #: _____

INMATE'S SIGNATURE __n/a__ NUMBER _____ DATE 7/15/22

OFFICER'S NAME __C. Lund__ SIGNATURE _(signed)_ DATE 7/15/22

WITNESS OFFICER NAME __Brouwaler__ SIGNATURE _____ DATE 7/15/22

------

Received by Inmate: _____  Staff Signature: _____ / _____ Date _____
   *Inmate acknowledges receipt of IPP Property*

Received by Inmate: _____  Staff Signature: _____ / _____ Date _____
   *Inmate acknowledges receipt of items returned from Property Unit*

Distribution: White – Property   Yellow – Housing   Pink – Inmate   Revised 2019
UDOCA: Category: Property/Mail   Document: Type: Inventory   Subject: Inventory # - from/To

EH/E32