# Exhibit C

Exhibit C

DEPARTMENT OF CORRECTIONS
LEVEL I - OFFENDER GRIEVANCE FORM (INFORMAL)
GF-1

TO BE COMPLETED BY STAFF:

GRIEVANCE #: 990914677      SUBJECT: _____

LOCATION: _____

*Do not write above this line*

TO BE COMPLETED BY OFFENDER:
OFFENDER NAME: RANDY NAVES
OFFENDER #: 125823   USP# 26930

HOUSING AREA (Please include cell & bunk #): B4-3-216T

Section 1 - Informal Action-Specific Nature of Grievance (What happened? When did it happen, date and place? Who witnessed the incident? How were you damaged or otherwise injured by the incident or policy etc.?) Please send any evidence witness statements, inventory sheet, commissary receipt, property receipt or any other evidence you have to substantiate your claim of damage or injury. DURING THE MOVE MY RELIGIOUS MATERIALS WERE IN MY TOTE; THESE INCLUDED MY BOOK OF SHADOWS, A COPY OF "THE GOOD WITCHES BIBLE" BY FROST, AND A COPY OF "WICCA, A GUIDE FOR THE SOLITARY PRACTITIONER BY CUNNINGHAM. THESE LAST TWO ITEMS WERE MARKED WITH MY USP#, AS THEY WERE PURCHASED IN 2000. NONE OF THESE ITEMS MADE IT TO ME ON MY HOUSING UNIT - SEE PROPERTY FORM F-16086, PLEASE NOTE ONLY ONE "BOOK" IS LISTED, W/O TITLE. I WOULD LIKE THESE ITEMS BACK -- THIS IS A RLUIPA ISSUE

What did you do to attempt to resolve the issue? (i.e. researched policy, spoke to a staff member include name, wrote a letter to staff member or other entity, please identify and enclose any written responses from those you contacted) I HAVE WRITTEN THE UNIT SGT AND CAPTAIN; AND E-MAILED MY CASE WORKER, AS INSTRUCTED BY STAFF ON MY UNIT.

What is the remedy that you seek? (Unacceptable remedies include monetary damages beyond reimbursement for actual out-of-pocket losses; discipline, reassignment or other personnel action against an employee, classification and dismissal or altering of disciplinary write-ups) I WOULD LIKE THE ITEMS LISTED IN (PH 1) RETURNED TO ME

OFFENDER SIGNATURE: _____   DATE: 28 JULY 2022