Exhibit D

Exhibit D

PRIVATE

# LEVEL I GRIEVANCE
## STAFF RESPONSE
## DIO

GRIEVANCE NUMBER:  990914677

INMATE NAME: NAVES, RANDY THOMAS      OFFENDER NUMBER: #125823

TO BE COMPLETED BY STAFF: N. Koch, Property Manager

**NATURE OF GRIEVANCE:**

The inmate claims that his religious materials were taken from the move, from, Draper to Salt Lake City. The book is a Wiccan book called the Book of Shadows & Wicca a Guide for the Solitary Practitioner. Inmate Naves stated that the books has either his USP # 26930 or his Offender # 125823 on the books.

**REMEDY SOUGHT:**

The inmate states he wants his books returned.

**RESEARCH OF GRIEVANCE:**

Used: O-track, FD14, UDOCA, Inventory # 16086, Disposition # 306178.

**CONCLUSIONS:**

Inmate Naves wants his religious books back as it was his USP # listed on some of the books that was over looked as another inmate's #.

**ACKNOWLEDGED:**

Your grievance has been acknowledged and is approved for 1 book as it is a real book and uses Inmate Naves USP # 26930. The other "book" is a homemade item that has papers in it, that has writing on it from Inmate Naves and is held together by string. You will need to send those items out, have someone pick it up or donate it.

STAFF SIGNATURE: _____      DATE: _8/23/22_

PRIVATE

**LEVEL I GRIEVANCE**
**INMATE INTERVIEW**
**DIO**

GRIEVANCE NUMBER:  990914677

INMATE NAME: NAVES, RANDY THOMAS      OFFENDER NUMBER: #125823

DATE INMATE INTERVIEWED: 8·30·22

COMMENTS BY INMATE AFTER REVIEWING ATTACHED STAFF RESPONSE FORM:

This grievance has been resolved:   Yes   (No)   ~~will become~~ (inmate circle appropriate response)

INMATE SIGNATURE: _____   DATE: 8·30·22

STAFF SIGNATURE: _____   DATE: 8·30·22

_____

I have reviewed the informal document and agree that everything has been done at this level to resolve the grievance.

STAFF SUPERVISOR'S SIGNATUREE _Anna Lee Carlson_
DATE: ___8/24/22___

DEPUTY WARDEN/DESIGNEE _____
DATE: __9-6-22__

REVISED 011415