# Exhibit E

Exhibit E

9/27/2022

Randy,

I didn't forget about the picture you asked for. I have tried several times and methods to get you what you asked for but because of the low contrast of the original it is pretty much impossible to get a legible copy. Enclosed is the most legible copy I was able to get. Not sure it will do what you want it to do but am not able to get you a better copy.

Steve

15924 Avenida Monteflora
Desert Hot Springs, CA 92240

SN BERNARDINO CA  923
30 SEP 2022  PM 7 L

Randy Naves 125823
B4-3-216T
Utah State Correctional Facility
P.O. Box 165300
Salt Lake City, Utah 84116

84116-500000

Book of Shadows

The Wiccan worship and study materials belonging to R[...] Vines 18935 (125823)

Replace:
The Golden Dawn by Israel Regardie
Law Enforcement Guide to Wicca by Cuhulain
The Craft DONE
*The Witches Bible by Janet & Stewart Farrar