PRIVILEGED LEGAL MAIL

RANDALL THOMAS NAVES, 125823
PO BOX 165300
SALT LAKE CITY, UTAH 84116

CLERK OF THE COURT
U.S. DISTRICT COURT
351 SOUTH WEST TEMPLE
SALT LAKE CITY, UTAH 84101-2180

Utah State Prison
OCT 25 2022
Mail Unit



US POSTAGE
ZIP 84116
02 4W
0000338853
$02.88
25 2022